**Order entered October 2, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00778-CV

### IN RE JOE WASHINGTON, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-21382-Z**

## ORDER

Before the Court is a September 18, 2019 "Notice of Rescission" purporting to withdraw relator's habeas application. Although the document purports to be filed by relator, it is signed by "Rosalind Washington." The rules of appellate procedure require any document filed on behalf of a represented party to be signed by counsel. *See* TEX. R. APP. P. 9.1(a). The rules further require that an unrepresented party appearing pro se must sign any documents he or she files. *See* TEX. R. APP. P. 9.1(b). Moreover, the Court denied relator's petition by opinion dated October 1, 2019. Therefore, the "Notice of Rescission" is moot.

Accordingly, we **DENY** the relief requested in the notice.

/s/     ROBBIE PARTIDA-KIPNESS
        JUSTICE